United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 17, 2005**

Charles R. Fulbruge III
Clerk

No. 05-60271
-1-

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60271
Summary Calendar
_____

SYED MUHAMMED SHUJA BAKHAT TAHA,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL

Respondent.

--------------------
Appeal from the Board of Immigration Appeals
(A-79-010-527)
--------------------

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This is an immigration case in which the petitioner, Taha, seeks review of a final order of the Board of Immigration Appeals (BIA) dismissing petitioner's appeal from the decision from the immigration judge finding petitioner removable as charged and denying his motion for a continuance and to suppress evidence. Petitioner filed a timely petition for review and this court has jurisdiction.

We have carefully reviewed the briefs and the order of the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

BIA.  For the reasons stated by the BIA in its order which affirmed the decisions of the immigration judge, we find no reversible error and affirm the decision of the BIA.

AFFIRMED.